

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2021

No. 04-21-00003-CR

David **LUNA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1176-CR-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's court-appointed counsel has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). Counsel asserts there are no meritorious issues to raise on appeal. Counsel has informed appellant of his right to file his own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to request the appellate record, he must file the motion requesting the record within fourteen (14) days from the date of this order. If appellant desires to file a pro se brief, he must do so within forty-five (45) days from the date of this order. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date appellant's pro se brief is filed in this court.

It is ORDERED that counsel's motion to withdraw is HELD IN ABEYANCE pending further order of the court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of May, 2021.



MICHAEL A. CRUZ, Clerk of Court